# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| HURST BOILER & WELDING CO., INC., | : |
| Plaintiff, | : |
| v. | : |
| | : CASE NO. 7:22-cv-4-WLS |
| POWER RESOURCE GROUP, LLC, | : |
| Defendant, | : |

## ORDER

Previously, pursuant to the Parties' Joint Motion to Stay Action Pending Arbitration, the Court stayed this action and ordered that a status report be filed within ninety days. (Doc. 8.) The Parties have now timely filed a Joint Status Report stating that they have a mediation scheduled for July 22-23, 2022 with a companion case and that if the cases do not settle at that mediation, they will schedule an arbitration. (Doc. 9.) Thus, the Parties ask the Court to keep the stay in place.

For the reasons stated in the Parties' Joint Status Report and for good cause shown, this action will remain **STAYED** until further order of the Court. The Parties shall file another status report **no later than Monday, August 15, 2022**, stating whether this action has been resolved, whether the stay should be lifted, or whether additional time is needed to complete arbitration.

**SO ORDERED**, this 18th day of May 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**