**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| HURST BOILER & WELDING CO., INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CASE NO. 7:22-cv-4-WLS |
| POWER RESOURCE GROUP, LLC, | : | |
| | : | |
| Defendant, | : | |

## **ORDER**

Previously, pursuant to the Parties' Motion to Stay Action Pending Arbitration, the Court stayed this action and ordered that a status report be filed within ninety days. (Doc. 8.) Upon the filing of the Joint Status Report (Doc. 9) stating that the Parties scheduled mediation for July 22-23, 2022, with a companion case and that if the cases do not settle at that mediation, they will schedule an arbitration, the Court stayed this action and ordered that a second status report be filed no later than Monday, August 15, 2022 (Doc. 10).

The Parties have now timely filed the second Joint Status Report (Doc. 11) stating that on July 29, 2022, the Parties exchanged several thousand documents, and due to the volume of documents exchanged, they have not yet been able to mediate. The Parties state that once they have had sufficient time to review the documents, they will contact a mediator and reschedule the mediation on all issues. If the case does not settle, the Parties will schedule an arbitration. The Court construes the second Joint Status Report as a motion to extend the stay.

1

For the reasons stated in the Parties' second Joint Status Report and for good cause shown, this action will remain **STAYED** until further order of the Court.  The Parties shall file another status report **no later than Monday, November 14, 2022**, stating whether this action has been resolved, whether the stay should be lifted, or whether additional time is needed to complete arbitration.

      **SO ORDERED**, this 17th day of August 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**