# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| HURST BOILER & WELDING CO., INC., | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 7:22-cv-4-WLS |
| POWER RESOURCE GROUP, LLC, | : | |
| Defendant, | : | |

## ORDER

Previously, pursuant to the Parties' Motion to Stay Action Pending Arbitration, the Court stayed this action and ordered that a status report be filed within ninety days (Doc. 8). Upon the filing of the Joint Status Report (Doc. 9) stating that the Parties scheduled mediation for July 22-23, 2022, with a companion case and that if the cases do not settle at that mediation, they will schedule an arbitration, the Court stayed this action and ordered that a second status report be filed no later than Monday, August 15, 2022 (Doc. 10).

The Parties timely filed the second Joint Status Report (Doc. 11) stating that on July 29, 2022, the Parties exchanged several thousand documents, and due to the volume of documents exchanged, they had not been able to mediate. The Parties stated that once they had sufficient time to review the documents, they would contact a mediator and reschedule the mediation on all issues; or alternatively, the Parties would schedule an arbitration. The Court stayed this action and ordered that a third status report be filed no later than Monday, November 14, 2022 (Doc. 12).

On November 11, 2022, the Parties timely filed their third Joint Status Report (Doc. 13) advising the Court that the Parties conducted a site inspection of the facility and have scheduled a global mediation for November 28-29, 2022. The Parties further advise the Court that if the case is not settled through mediation, the Parties plan to select an arbitrator and arbitrate the case on all issues. The Parties request that the stay order (Doc. 8) remain in place so they can pursue mediation and if necessary, arbitration.

For the reasons stated in the Parties' third Joint Status Report and for good cause shown, this action will remain **STAYED** until further order of the Court.  As represented by the Parties, they shall immediately report the outcome of the mediation to the Court, but in any event shall file another status report **no later than Monday, December 5, 2022**, stating whether this action has been resolved, whether the stay should be lifted, or whether additional time is needed to complete arbitration.

**SO ORDERED**, this 18th day of November 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**