IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| HURST BOILER & WELDING CO., INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CASE NO. 7:22-cv-4-WLS |
| POWER RESOURCE GROUP, LLC, | : | |
| | : | |
| Defendant, | : | |

**FIFTH ORDER STAYING ACTION
PENDING MEDIATION AND ARBITRATION**

On February 15, 2022, pursuant to the Parties' Motion to Stay Action Pending Arbitration, the Court stayed this action and ordered that a status report be filed within ninety days (Doc. 8). The Parties complied with the Court's Order and upon the Parties' request and filing of Joint Status Reports advising the Court of the progress of their mediation and/or arbitration, the action was stayed for two additional time periods.[1]

On November 11, 2022, the Parties timely filed their third Joint Status Report (Doc. 13) advising the Court that the Parties scheduled a global mediation for November 28-29, 2022. The Parties further advised the Court that if the case was not settled through mediation, they planned to select an arbitrator and arbitrate the case on all issues.

On December 5, 2022, the Parties timely filed their fourth Joint Status Report Regarding Mediation (Doc. 15) advising the Court that the Parties mediated this case but were unable to reach a settlement. The Parties state that they plan to discuss the mechanism for arbitrating the case, and will update the Court no later than January 3, 2023, or as ordered by

---

[1] Upon the filing of the Joint Status Report (Doc. 9), the Court stayed this action and ordered that a second status report be filed no later than Monday, August 15, 2022 (Doc. 10). The Parties timely filed the second Joint Status Report (Doc. 11), and the Court stayed this action and ordered that a third status report be filed no later than Monday, November 14, 2022 (Doc. 12). On November 11, 2022, the Parties timely filed their third Joint Status Report (Doc. 13), and the Court stayed this action and ordered that a fourth status report be filed no later than Monday, December 5, 2022.

the Court. The Parties request that the stay order (Doc. 8) remain in place so they can pursue arbitration.

For the reasons stated in the Parties' fourth Joint Status Report Regarding Mediation (Doc. 15) and for good cause shown, this action will remain **STAYED** until further order of the Court. As represented by the Parties, they shall update the Court on the status of arbitrating the case by filing another status report **no later than Tuesday, January 3, 2023**, advising the Court whether this action has been resolved, whether the stay should be lifted, or whether additional time is needed to complete arbitration.

**SO ORDERED**, this 7th day of December 2022.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**