IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HURST BOILER & WELDING CO., INC., | : |
| Plaintiff, | : |
| v. | : |
| | : CASE NO. 7:22-cv-4-WLS |
| POWER RESOURCE GROUP, LLC, | : |
| Defendant, | : |

**SIXTH ORDER STAYING ACTION**
**PENDING MEDIATION AND ARBITRATION**

On February 15, 2022, pursuant to the Parties' Motion to Stay Action Pending Arbitration, the Court stayed this action and ordered that a status report be filed within ninety days (Doc. 8). The Parties complied with the Court's Order and upon the Parties' request and filing of Joint Status Reports advising the Court of the progress of their mediation and/or arbitration, the action was stayed for three additional time periods.[1]

On December 5, 2022, the Parties timely filed their fourth Joint Status Report Regarding Mediation (Doc. 15) as required by the Court's Order (Doc. 13) entered November 11, 2022, advising the Court that the Parties mediated this case but were unable to reach a settlement. On December 7, 2022, the Court entered an Order (Doc. 16) staying this action and ordered that a fifth status report be filed by later than Tuesday, January 3, 2022.

On January 3, 2023, the Parties timely filed their fifth Joint Status Report Regarding Arbitration (Doc. 17) as required by the Court's Order (Doc. 16) entered December 7, 2022, advising the Court that the Parties anticipate commencing arbitration within the next 30 to 60

---

[1] Upon the filing of the Joint Status Report (Doc. 9), the Court stayed this action and ordered that a second status report be filed no later than Monday, August 15, 2022 (Doc. 10). The Parties timely filed the second Joint Status Report (Doc. 11), and the Court stayed this action and ordered that a third status report be filed no later than Monday, November 14, 2022 (Doc. 12). On November 11, 2022, the Parties timely filed their third Joint Status Report (Doc. 13), and the Court stayed this action and ordered that a fourth status report be filed no later than Monday, December 5, 2022.

1

days. The Parties stated that the issues in this case will be decided as part of the arbitration and request that the stay order remain in place.

For the reasons stated in the Parties' fifth Joint Status Report Regarding Arbitration (Doc. 17) and for good cause shown, this action will remain **STAYED** until further order of the Court. The Parties shall update the Court on the status of arbitration of the case by filing another status report **no later than Monday, March 6, 2023**, advising the Court whether this action has been resolved, whether the stay should be lifted, or whether additional time is needed to complete arbitration.

**SO ORDERED**, this 4th day of January 2023.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**