IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HURST BOILER & WELDING CO., INC., | : |
| Plaintiff, | : |
| v. | : |
| | : CASE NO. 7:22-cv-4-WLS |
| POWER RESOURCE GROUP, LLC, | : |
| Defendant, | : |

## NINTH ORDER STAYING ACTION
## PENDING MEDIATION AND ARBITRATION

This case has been stayed since February 15, 2022,[1] and is currently before the Court on the Parties' eighth status report in the form of their Joint Motion Extending the Stay Pending the Arbitration Ruling (Doc. 23) ("Motion") as required by the Court's Order (Doc. 22) entered June 6, 2023. In their Motion, the Parties request that the stay of the case remain in place. The Court's June 6, 2023 Order, continued the stay of this action until April 30, 2024. That Order further provided that "[n]o additional stays will be granted except upon timely written motion for good cause shown to prevent manifest injustice." (*Id.* at 2)

In their Motion, the Parties advised the Court that the evidentiary portion of the arbitration concluded on April 19, 2024. However, "the arbitration panel has ordered that the Parties submit a series of two post hearing briefs in June and July and has tentatively set closing arguments on July 30, 2024." (Doc. 23 ¶ 4) The arbitration panel advised the Parties that an arbitration award would be issued approximately thirty days after the post-closing briefs and closing arguments are concluded. Therefore, the Parties now anticipate that the arbitration award will be issued in late August or early September 2024.

---

[1] The parties have kept the Court apprised of the progress of their mediation and/or arbitration and the stay has remained in place based on the representations of the parties in their status reports. (*See* Status Reports Docs. 9, 11, 13, 15, 17, 19, 21 and Orders Docs. 8, 10, 12, 14, 16, 18, 20, 22.)

1

For the reasons stated in the Parties' Motion (Doc. 23) and for good cause shown, this action will remain **STAYED** until **Monday, September 30, 2024**, at which time the Court will set the case for an initial discovery conference. No additional stays will be granted except upon timely written motion for good cause shown to prevent manifest injustice.

**SO ORDERED**, this 1st day of May 2024.

                                                **/s/W. Louis Sands**
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**