IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| HURST BOILER & WELDING CO., INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 7:22-cv-4-WLS |
| | : | |
| POWER RESOURCE GROUP, LLC, | : | |
| | : | |
| Defendant, | : | |
| | : | |

**ORDER**

This case has been stayed since February 15, 2022, pending mediation and/or arbitration by the Parties.[1] By Order (Doc. 28) entered November 6, 2024, the stay was continued, and the case was administratively closed pending entry of the arbitration award. The Parties were instructed to promptly notify the Court of the entry of the award at which time the Clerk was directed to administratively re-open the case. On December 6, 2024, the Parties filed a Joint Status Report Notifying Court of Arbitration Ruling and Requesting Continuance of the Stay (Doc. 29) ("Motion").

In their current Motion, the Parties notify the Court that on November 7, 2024, the arbitration panel entered an award in connection with the disputes between the Parties, including the promissory note that is the subject of the litigation in this case. The Parties request that the stay remain in effect for thirty (30) days because they are conferring with respect to the necessity and conduct of any further proceedings in this matter. In addition, Defendant is obtaining new counsel who needs to be involved in such discussions. The Parties propose to notify the Court at the conclusion of the thirty-day period whether the stay should be lifted or whether this matter may be dismissed.

---

[1] The Parties kept the Court apprised of the progress of their mediation and/or arbitration and the Court allowed the stay to remain in place based on the representations of the Parties in their status reports. (*See* Status Reports Docs. 9, 11, 13, 15, 17, 19, 21, 23, 25 and Orders Docs. 8, 10, 12, 14, 16, 18, 20, 22, 24, 26).

Based on the foregoing, and for good cause shown, the Parties' Motion (Doc. 29) is **GRANTED**. It is hereby **ORDERED** that this action will remain **STAYED**. On or before **Monday, January 13, 2025**, the Parties shall filed a status report advising the Court as to the necessity of lifting the stay or whether this matter may be dismissed.

**SO ORDERED**, this 11th day of December 2024.

        /s/W. Louis Sands
        **W. LOUIS SANDS, SR. JUDGE**
        **UNITED STATES DISTRICT COURT**