IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| HURST BOILER & WELDING CO., INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 7:22-cv-4-WLS |
| | : | |
| POWER RESOURCE GROUP, LLC, | : | |
| | : | |
| Defendant, | : | |
| | : | |

**ORDER**

This case has been stayed since February 15, 2022,[1] and is currently before the Court on the Parties' twelfth Joint Status Report Requesting Further Continuation of the Stay (Doc. 31) ("Motion") filed January 13, 2025. Therein, the Parties request that the stay of the case remain in place.

The Parties previously notified the Court that on November 7, 2024, the arbitration panel entered an award in connection with the disputes between the Parties, including the promissory note that is the subject of the litigation in this case. However, the Parties requested the stay remain in effect for thirty (30) days to allow Defendant to obtain new counsel and for the Parties to confer as to necessity of, and to conduct, any further proceedings in this matter.

In their current Motion (Doc. 31), the Parties notify the Court that Defendant has recently retained new counsel, and the Parties continue to discuss a resolution of all issues following entry of the arbitration panel award. The Parties request a continuance of the stay until for an additional thirty days from the date of their Motion (until February 12, 2025) to allow for the exhaustion of settlement efforts and to potentially obviate the necessity for

---

[1] The Parties kept the Court apprised of the progress of their mediation and/or arbitration and the Court allowed the stay to remain in place based on the representations of the Parties in their status reports. (*See* Status Reports and Joint Motions Docs. 9, 11, 13, 15, 17, 19, 21, 23, 25, 27, 29 and Orders Docs. 8, 10, 12, 14, 16, 18, 20, 22, 24, 26, 28, 30).

further litigation. The Parties propose to notify the Court at the conclusion of the thirty-day period whether the stay should be lifted or whether this matter may be dismissed.

Based on the foregoing, and for good cause shown, the Parties' Motion (Doc. 31) is **GRANTED**. It is hereby **ORDERED** that this action will remain **STAYED** until **Wednesday, February 12, 2025**.

**SO ORDERED**, this 15th day of January 2025.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**