# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**HURST BOILER & WELDING CO., INC.,** :
                                              :
     **Plaintiff,**                          :
                                              :
**v.**                                                    :        **CASE NO. 7:22-cv-4-WLS**
                                              :
**POWER RESOURCE GROUP, LLC,** :
                                              :
     **Defendant,**                     :
                                              :

## ORDER

This case has been stayed since February 15, 2022, and is currently before the Court on the Parties' Joint Status Report Requesting Further Continuation of the Stay (Doc. 37) ("Motion") filed April 14, 2025. Therein, the Parties request that the stay of the case remain in place for an additional thirty (30) days.

The Parties previously notified the Court that on November 7, 2024, the arbitration panel entered an award in connection with the disputes between the Parties, including the promissory note that is the subject of the litigation in this case. (*See* Doc. 29). Since that time, the Parties have requested, and the Court has permitted, the stay to remain in effect until April 14, 2025. (*See* Docs. 30–36).

In their current Motion, the Parties notify the Court that they are continuing to engage in informal discovery pertaining to Defendant's financial status. The Parties state they believe a continuance of thirty (30) days, is in the interest of judicial economy to allow them to continue their settlement efforts so as to potentially avoid future litigation.

Based on the foregoing, and for good cause shown, the Parties' Motion (Doc. 37) is **GRANTED**. It is hereby **ORDERED** that this action will remain **STAYED** through and including **Wednesday, May 14, 2025**.[1] In the event settlement is not concluded during this

---

[1] The Parties request a thirty-day extension to Tuesday, May 13, 2025. As thirty days is actually Thursday, May 15, 2025, the Court grants an extension for the full thirty days requested.

extension, the Court will notice a conference with counsel before considering any additional extensions.

**SO ORDERED**, this 15th day of April 2025.

                                                  /s/W. Louis Sands  
                                                  **W. LOUIS SANDS, SR. JUDGE**  
                                                  **UNITED STATES DISTRICT COURT**