IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **HURST BOILER & WELDING CO., INC.,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **POWER RESOURCE GROUP, LLC,** : <br> : <br> **Defendant,** : <br> : | CASE NO. 7:22-cv-4-WLS |

### ORDER

This case has been stayed since February 15, 2022, and is currently before the Court on the Parties' Joint Status Report Requesting Further Continuation of the Stay (Doc. 39) ("Motion") filed May 13, 2025. Therein, the Parties request that the stay of the case remain in place for an additional thirty (30) days.

The Parties previously notified the Court that on November 7, 2024, the arbitration panel entered an award in connection with the disputes between the Parties, including the promissory note that is the subject of the litigation in this case. (*See* Doc. 29). Since that time, the Parties have requested, and the Court has permitted, the stay to remain in effect until May 14, 2025. (*See* Docs. 30–38). In permitting this last extension, the Court notified the Parties that it would hold a conference with counsel before considering any additional extensions.

In their current Motion, the Parties notify the Court that the Parties, through their counsel, held a settlement conference on April 23, 2025, engaged in meaningful discussions, and are awaiting settlement authority from their respective clients. Further, counsel intend to confer again within the next ten days. The Parties advise that they still believe a continuance is in the interest of judicial economy to allow them to continue their settlement efforts so as to potentially avoid future litigation.

Based on the foregoing, and for good cause shown, the Parties' Motion (Doc. 39) is **GRANTED**. It is hereby **ORDERED** that this action will remain **STAYED** through and including **Friday, June 13, 2025**.

It is further **ORDERED** that in the event the Parties have not filed a Notice of Settlement on or before **Friday, June 13, 2025**, an **in-person** conference shall be held on **Tuesday, June 17, 2025 at 2:00 p.m.**, at the C.B. King United States Courthouse, 201 W. Broad Ave., Albany, Georgia, unless the Court finds good cause to delay or continue the conference.

**SO ORDERED**, this 14th day of May 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**