IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HURST BOILER & WELDING CO., INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> POWER RESOURCE GROUP, LLC, : <br> : <br> Defendant, : <br> : | CASE NO. 7:22-cv-4-WLS |

### ORDER

Before the Court is the Joint Motion to Conduct Hearing by Video Conference (Doc. 41) ("Motion"). Therein, the parties request that the in-person status conference scheduled for June 17, 2025, be held by video.

Accordingly, the Motion is **GRANTED**. The status conference will be rescheduled as a zoom conference, the date and time to be provided by separate Notice.

**SO ORDERED**, this 16th day of June 2025.

                                                               /s/W. Louis Sands
                                                               **W. LOUIS SANDS, SR. JUDGE**
                                                               **UNITED STATES DISTRICT COURT**