IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **HURST BOILER & WELDING CO., INC.,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **POWER RESOURCE GROUP, LLC,** : <br> : <br> **Defendant,** : <br> : | CASE NO. 7:22-cv-4-WLS |

## ORDER

A status conference was held in the above matter on June 24, 2025. This Order is entered to memorialize that conference. The purpose of the conference was for the parties to apprise the Court of the status of their efforts to settle all issues between the parties hereto and related parties in North Carolina in connection with arbitration awards granted on November 7, 2024, and how they planned to proceed if such negotiations were unsuccessful.

On June 24, 2025, immediately prior to the conference, Plaintiff Hurst Boiler & Welding Co., Inc. ("Hurst") filed a Motion to Confirm Arbitration Award (Doc. 44) ("Motion to Confirm").[1] Further briefing of the Motion to Confirm will be completed in accordance with the Court's Local Rules. While the parties may continue their negotiations to settle this matter, once briefing is completed, the Motion to Confirm will be taken under submission by the Court.

**SO ORDERED**, this 25th day of June 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Motion to Confirm states that a true and accurate copy of the November 7, 2024 arbitration award, as redacted, is attached to the Motion to Confirm. However, the Court's review of such motion reflects that Exhibit A is missing from the filing. (Doc. 44 at 2). In addition, the Motion to Confirm refers to the Note attached to the Complaint and to the terms of the Note. (*Id.* at 3). The Court's review of the Note reflects that the copy attached to the Complaint is incomplete in that page 3 of the Note is missing from the filing. (*See* Doc. 1-1 at 6–7). Plaintiff shall immediately file and complete the referenced exhibits.