IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **HURST BOILER & WELDING CO., INC.,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **POWER RESOURCE GROUP, LLC,** : <br> : <br> **Defendant,** : <br> : | CASE NO. 7:22-cv-4-WLS |

## ORDER

By Order (Doc. 28) entered November 6, 2024, this case was administratively closed. Further, by Order (Doc. 40) entered May 14, 2025, the Court ordered that the above action would remain stayed through and including Friday, June 13, 2025.

For the purpose of clarity and maintaining its docket, the Court **DIRECTS** the Clerk to administratively reopen this case. It is further **ORDERED** that the stay of this case is lifted.

**SO ORDERED**, this 25th day of June 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1