IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

HURST BOILER & WELDING CO., INC., :
:
    Plaintiff, :
:
v. : CASE NO. 7:22-cv-4-WLS
:
POWER RESOURCE GROUP, LLC, :
:
    Defendant, :
_____ :

### ORDER

    Before the Court is Plaintiff Hurst Boiler & Welding Co., Inc.'s ("Hurst") Motion to Confirm Arbitration Award (Doc. 44) ("Motion to Confirm"). The Defendant Power Resource Group, LLC, has not filed a timely response, and this matter is now ripe for decision. However, by Order (Doc. 46) entered June 25, 2025, the Court noted that Exhibit A, a true and accurate copy of the November 7, 2024 arbitration award ("Award"), was not attached to the Motion to Confirm. Further, a complete copy of the $1,500,000 Promissory Note ("Note"), which is the subject of this litigation and is also referred to in the Motion to Confirm, is not in the Record.[1] Hurst was advised to immediately file copies of the Award and Note in the Record. To date, such documents have not been filed. (Doc. 46 at 1 n.1).

    Accordingly, on or before **Monday, July 28, 2025**, Hurst shall file copies of the Award and Note in the Record.

    **SO ORDERED**, this 22nd day of July 2025.

                                          /s/W. Louis Sands
                                          W. LOUIS SANDS, SR. JUDGE
                                          UNITED STATES DISTRICT COURT

---

[1] The copy of the Note attached to the Complaint is incomplete in that page 3 of the Note is missing from the filing. (*See* Doc. 1-1 at 6–7).

1