IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HURST BOILER & WELDING CO., INC., | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-4 (WLS) |
| | * |
| POWER RESOURCE GROUP, LLC, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 31, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $3,157,318.96.

This 31st day of July, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk